IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00158-MR-WCM

| | |
|---|---|
| CHRISTOPHER LYNN WILSON; ) <br> TYANNA ARLENE WILSON and ) <br> CHRISTOPHER GEORGE WOODBY ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ASSOCIATED PETROLEUM ) <br> CARRIERS, INC.; CHRISTOPHER ) <br> LEWIS SCOTT; PETROLEUM ) <br> CARRIERS, INC.; and CD ) <br> ENERGY, LLC, ) <br> ) <br> Defendants. ) | ORDER |

This matter is before the Court on a "Stipulated Motion for Substitution of Counsel, Client's Consent and Proposed Order" (the "Motion," Doc. 37), which requests that Timothy A. Sheriff, Esq. and Robert A. Fleury, Jr. of the Law Offices of Crumley Roberts, LLP be substituted for Brian F. Davis of Davis Law Group, P.A. and Joshua O. Harper of The Harper Law Firm as counsel of record for Plaintiff Christopher George Woodby.

The Motion advises that Mr. Davis and Mr. Harper will remain as counsel of record for Plaintiffs Christopher Lynn Wilson and Tyanna Arlene Wilson.

The Motion (Doc. 37) is **GRANTED**, and Timothy A. Sheriff, Esq. and Robert A. Fleury, Jr. are **SUBSTITUTED** as counsel for Plaintiff Christopher George Woodby in place of Brian F. Davis and Joshua O. Harper.

It is so ordered.

Signed: February 9, 2022

W. Carleton Metcalf
United States Magistrate Judge